AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Texas |
|---|---|---|

JOSE V. CAMPOS, ET. AL.

V.

DONNA INDEPENDENT SCHOOLD DISTRIC

**Court's List of Plaintiffs'** ~~EXHIBIT AND WITNESS LIST~~

Case Number: 7:15-CV-070

| PRESIDING JUDGE<br>Hon. Randy Crane | PLAINTIFF'S ATTORNEY<br>Gustavo Acevedo | DEFENDANT'S ATTORNEY<br>Eduardo G Garza |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/25 | | ✓ | Term Contract for Jose Campos |
| 2 | | " | | ✓ | J. Campos Notice of Demotion (12/16/14) |
| 3 | | " | | ✓ | Martha Orozco Notice of Demotion (12/16/14) |
| 4 | | " | | ✓ | Martha Orozco Notice of Retroactive Demotion (01/26/15) |
| 5 | | " | | ✓ | Francisco Cuellar Notice of Demotion (12/16/14) |
| 6 | | " | | ✓ | Francisco Cuellar Notice of Retroactive Demotion (01/26/15) |
| 7 | | " | | ✓ | Non-Certified Contract for Arturo Castillo |
| 8 | | " | | ✓ | A. Castillo Notice of Demotion (12/16/14) |
| 9 | | " | | ✓ | A. Castillo Notice of Retroactive Demotion (01/26/15) |
| 10 | | " | | ✓ | Javier Garza Non-Certified Term Contract |
| 11 | | " | | ✓ | J. Garza Notice of Demotion (12/16/14) |
| 12 | | " | | ✓ | J. Garza Notice of Retroactive Demotion (01/26/15) |
| 13 | | " | | ✓ | Certified Professional Contract for Linda Garza |
| 14 | | " | | ✓ | Linda Garza Notice of Demotion (12/16/14) |
| 15 | | " | | ✓ | DISD Board Policy DC (Legal) |
| 16 | | " | | ✓ | DISD Board Policy DC (Local) |
| 17 | | " | | ✓ | DISD Board Policy DCB (Legal) |
| 18 | | " | | ✓ | DISD Board Policy DCB (Local) |
| 19 | | " | | ✓ | DISD Board Policy DCD (Legal) |
| 20 | | " | | ✓ | DISD Board Policy DCD (Local) |
| 21 | | " | | ✓ | DISD Board Policy DFBD (Legal) |
| 22 | | " | | ✓ | DISD Board Policy DGA (Legal) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| JOSE V. CAMPOS, ET. AL. | | vs. DONNA INDEPENDENT SCHO | | | CASE NO. 7:15-CV-070 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 23 | | 4/25 | | ✓ | DISD Board Policy |
| 24 | | " | | ✓ | DISD Board Policy |
| 25 | | " | | ✓ | DISD Board Policy |
| 26 | | " | | ✓ | DISD Board Policy |
| 27 | | " | | ✓ | Jesus Reyna Deposition Exhibit No. 15 |
| 28 | | " | | ✓ | Jesus Reyna Deposition Exhibit No. 16 |
| 29 | | " | | ✓ | Jesus Reyna Deposition Exhibit No. 17 |
| 30 | | " | | ✓ | Jesus Reyna Deposition Exhibit No. 18 |
| 31 | | " | | ✓ | Jesus Reyna Deposition Exhibit No. 19 |
| 32 | | " | | ✓ | Jesus Reyna Deposition Exhibit No 20 |
| 33 | | " | | ✓ | Jesus Reyna Deposition Exhibit No 21 |
| ~~34~~ | | | | | ~~Knoedl v. Austin ISD, Docket No. 050-R10-405 (Comm'r of Educ. 2007)~~ |
| ~~35~~ | | | | | ~~McCulley v. San Benito CISD, Docket No. 075-R10-403 (Comm'r of Ed. 2004)~~ |
| ~~36~~ | | | | | ~~Tex. Educ. Agency v. Cypress-Fairbanks ISD, 830 S.W.2d 88 (Tex. 1992)~~ |
| ~~37~~ | | | | | ~~Walls v. Houston ISD, Docket No. 176-R8-896 (Comm'r of Educ. 1997).~~ |
| ~~38~~ | | | | | ~~Cleveland Board of Educ. v. Loudermill, 470 U.S. 532,545-46 (1985).~~ |
| ~~39~~ | | | | | ~~Washington v. Burley, 930 F.Supp. 2d 790 (S.D. Tex. 2013)~~ |
| 34 | | 4/25 | | ✓ | Memo to DISD from Albert Sandoval to Rene Reyna, Superintendent |
| 35 | | 4/26 | | ✓ | Special Board Meeting Minutes Tuesday, January 13, 2015 |