AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     Texas

JOSE V. CAMPOS, ET. AL.

*Court's List of Defendants'*
~~EXHIBIT AND WITNESS LIST~~

V.

DONNA INDEPENDENT SCHOOLD DISTRIC

Case Number: 7:15-CV-070

| PRESIDING JUDGE Hon. Randy Crane | | PLAINTIFF'S ATTORNEY Gustavo Acevedo | | DEFENDANT'S ATTORNEY Eduardo G Garza | |
|---|---|---|---|---|---|
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4/25 | | ✓ | Term Contract for Jose Campos |
| | 2 | " | | ✓ | Non-Certified Contract for Arturo Castillo |
| | 3 | " | | ✓ | Non-Certified Contract for Javier Garza |
| | 4 | " | | ✓ | Probationary Contract for Linda Garza |
| | 5 | " | | ✓ | Re-Assignment Letter for Javier Garza |
| | 6 | " | | ✓ | Re-Assignment Letter for Linda Garza |
| | 7 | " | | ✓ | Re-Assignment Letter for Jose Campos |
| | 8 | " | | ✓ | Re-Assignment Letter for Arturo Castillo |
| | 9 | " | | ✓ | Re-Assignment Letter for Francisco Cuellar |
| | 10 | " | | ✓ | Grievance Procedure/Policy |
| | 11 | " | | ✓ | Correspondence to Javier Garza from Jose Reyna dated Feb. 5, 2015 |
| | 12 | " | | ✓ | Correspondence to Javier Garza from Velma Rangel dated Oct. 14, 2014 |
| | 13 | " | | ✓ | Video of Javier Garza from warehouse produced in discovery |
| | 14 | " | | ✓ | Reasonable Assurance of Employment to Javier Garza May 26, 2015 |
| | 15 | " | | ✓ | Reasonable Assurance of Employment to Frank Cuellar May 19, 2014 |
| | 16 | " | | ✓ | Vote of No Confidence Petition |
| | 17 | " | | ✓ | Arturo Castillo Resume |
| | 18 | " | | ✓ | Re-Assignment letter to Arturo Castillo July 26, 2010 |
| | 19 | " | | ✓ | Re-Assignment letter to Arturo Castillo December 16, 2010 |
| | 20 | " | | ✓ | Memorandum to Jose Campos from Chris Thanedar dated Nov. 7, 2005 |
| | 21 | " | | ✓ | Memorandum to Jose Campos from Chris Thanedar dated Nov. 14, 2005 |
| | 22 | " | | ✓ | Job Description for Staff Development Coordinator |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| JOSE V. CAMPOS, ET. AL. | | | vs. DONNA INDEPENDENT SCHC | | CASE NO. 7:15-CV-070 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|  | 23 | 4/25 |  | ✓ | Term Contract of Linda Garza signed May 20, 2015 | |
|  | 24 | " |  | ✓ | Re-assignment letter of Martha Orozco dated Nov. 3, 2004 | |
|  | 25 | " |  | ✓ | Correspondence to Ofelia Barron from Martha Orozco dated March 30, 2007 | |
|  | 26 | " |  | ✓ | Reasonable Assurance of Employment to Martha Orozco May 19, 2014 | |
|  | 27 | " |  | ✓ | Reasonable Assurance of Employment to Martha Orozco May 26, 2015 | |