UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE V. CAMPOS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:15-CV-70 |
| § | |
| DONNA INDEPENDENT SCHOOL § | |
| DISTRICT, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER EXTENDING TIME TO FILE
## DISMISSAL DOCUMENTS AND SHOW CAUSE

Now before the Court is Defendant Donna Independent School District's Unopposed Motion for Continuance of Show Cause Hearing. (Dkt. No. 68). Having considered the Motion, the Court is of the opinion that this matter should be continued.

**IT IS THEREFORE ORDERED** that the parties shall have until July 6, 2016, to file appropriate dismissal documents disposing of this matter. Should the parties fail to timely file such documents with this Court, the parties are hereby **ORDERED** to appear before this Honorable Court on July 7, 2016, at 9:00 a.m. to show cause why they have failed to comply with this Order.

All current settings are hereby canceled.

SO ORDERED this 14th day of June, 2016, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
United States District Judge