United States District Court
Southern District of Texas
**ENTERED**
June 27, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE V. CAMPOS, *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-70 |
| | § § | |
| DONNA INDEPENDENT SCHOOL DISTRICT, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

Plaintiffs Jose V. Campos, Martha Orozco, Francisco A. Cuellar, Arturo Castillo, Sr., Javier Garza and Linda Garza and Defendants Donna Independent School District, Albert Sandoval, Tomasa Ramos, Nick Castillo, Eloy Infante and Elpidio Yanez, Individually and in Their Official Capacity as Members of the Board of Trustees, by and through their attorneys of record, have informed the Court that this matter has been resolved. Plaintiffs and Defendants have prayed that all causes as to these named Defendants be dismissed with prejudice, and all parties have agreed thereto. It therefore appears to the Court that the dismissal should be made as prayed.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiffs Jose V.

Campos, Martha Orozco, Francisco A. Cuellar, Arturo Castillo, Sr., Javier Garza and Linda Garza cause be dismissed as to Defendants Donna Independent School District, Albert Sandoval, Tomasa Ramos, Nick Castillo, Eloy Infante and Elpidio Yanez, Individually and in Their Official Capacity as Members of the Board of Trustees, with prejudice against all parties to file any same or similar actions, and with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

The Court notes that no judicial approval of this settlement was required by law and none was requested by the parties.

SO ORDERED this 27th day of June, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge